# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:23-M -03408(1)
§
(1) Ameer Badr §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 07, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Reynaga, Jeremy** and that this complaint is based on the following facts: "On or about December 7, 2023, the defendant, Ameer Badr, an alien who is a native and citizen of Syria, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

Sworn to before me and subscribed in my presence,   /s/ Reynaga, Jeremy
Signature of Complainant
Reynaga, Jeremy
Border Patrol Agent

12/12/2023                                                                    at   DEL RIO, Texas
File Date                                                                          City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE                                                     Signature of Judicial Officer